AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, a Washington limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NEUROPACE, INC., a California corporation, <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-04866 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Neuropace, Inc.
455 N BERNARDO AVE
MOUNTAIN VIEW, CA
c/o 1505 Corporation
C T CORPORATION SYSTEM
330 N BRAND BLVD, GLENDALE, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LISTON ABRAMSON LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
Telephone: (212) 257-1630
Facsimile: (917) 633-5568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                     *Signature of Clerk or Deputy Clerk*