AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, a Washington limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>NEUROPACE, INC., a California corporation,<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-04866 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neuropace, Inc.
455 N BERNARDO AVE
MOUNTAIN VIEW, CA
c/o 1505 Corporation
C T CORPORATION SYSTEM
330 N BRAND BLVD, GLENDALE, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LISTON ABRAMSON LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
Telephone: (212) 257-1630
Facsimile: (917) 633-5568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date:  10 June 2025           M. Buensuceso-Cuenco
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>ROBERT MULLER (SBN 189651)<br>CYPRESS LLP<br>1925 Century Park East Suite 1700<br>Los Angeles, CA 90067 | | For Court Use Only |
|---|---|---|
| *Telephone No:* 424-901-0123 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* 1785-01 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|
| *Plaintiff:* DILORENZO BIOMEDICAL, LLC, a Washington limited liability company<br>*Defendant:* NEUROPACE, INC., a California corporation |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:25-cv-04866 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination To Magistrate Judge Jurisdiction; Standing Order For Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California Contents of Joints Case Management Statement; Certification Of Conflicts And Interested Entities Or Persons; Joint Case Management Statement & [Proposed] Order

3. a. Party served: NEUROPACE, INC., a California corporation
   b. Person served: Wendy Mejia, Intake Specialist, CT Corporation System Agent For Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 North Brand Boulevard, Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 14 2025 (2) at: 09:30 AM

6. **Person Who Served Papers:**
   a. Donald Wyman (787, Kern County)        d. *The Fee for Service was:* $290.75
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/14/2025
(Date)                                    (Signature)



PROOF OF SERVICE

13922794
(17400300)