Lena N. Bacani (SBN 213556)
lena.bacani@lozaip.com
LOZA & LOZA, LLP
305 N. Second Ave., Ste. 127
Upland, CA  91786
Telephone: (877) 406-5164
Facsimile: (213) 394-3625

Attorneys for Defendant
NEUROPACE, INC.

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, a Washington limited liability company, | Case No. 3:25-cv-04866-SK |
| Plaintiff, | **NEUROPACE, INC.'S DISCLOSURES OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| NEUROPACE, INC., a California corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:  September 4, 2025

**LOZA & LOZA, LLP**

By:  */s/ Lena Bacani*
Lena N. Bacani (SBN 213556)

*Attorneys for*
*NeuroPace, Inc.*

NEUROPACE'S DISCLOSURE OF CONFLICTS AND INTERESTED PERSONS