RONALD ABRAMSON (Admitted *Pro Hac Vice*)
ron.abramson@listonabramson.com
DAVID G. LISTON (Admitted *Pro Hac Vice*)
david.liston@listonabramson.com
ALEX G. PATCHEN (Admitted *Pro Hac Vice*)
alex.patchen@listonabramson.com
GINA K. KIM (Admitted *Pro Hac Vice*)
gina.kim@listonabramson.com
LISTON ABRAMSON LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
Telephone: (212) 257-1630
Facsimile: (917) 633-5568

ROBERT MULLER (SBN 189651)
bob@cypressllp.com
DANIEL A. CORREN (SBN 260486)
dan@cypressllp.com
CYPRESS LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:     424-901-0123
Facsimile:     424-750-5100

Attorneys for Plaintiff
DILORENZO BIOMEDICAL, LLC

LENA N. BACANI (SBN 213556)
lena.bacani@lozaip.com
LOZA & LOZA, LLP
305 N. Second Ave., Ste. 127
Upland, CA 91786
Telephone: (877) 406-5164
Facsimile: (213) 394-3625

Attorneys for Defendant
NEUROPACE, INC.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, a Washington limited liability company, | Case No. 5:25-cv-04866-EKL |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| NEUROPACE, INC., a California corporation, | |
| Defendant. | |

TO THE HONORABLE COURT:

Plaintiff DiLorenzo Biomedical LLC ("Plaintiff") and Defendant NeuroPace, Inc. ("Defendant"), (collectively "the Parties"), hereby give notice that the Parties have agreed upon terms to settle the above-captioned matter in its entirety.  The Parties are currently in the course of memorializing and documenting their settlement and expect to file a stipulation of dismissal in the coming weeks.

Therefore, the Parties respectfully request the Court vacate the upcoming June 11, 2026 Markman hearing and allow the Parties thirty (30) days to formalize their agreement and file a stipulation of dismissal.

Dated:  June 3, 2026

**LOZA & LOZA, LLP**

By:  */s/ Lena Bacani*
Lena N. Bacani (SBN 213556)

Attorneys for Defendant
NEUROPACE, INC.

Date: June 3, 2026                    By:    */s/ David Liston*

**LISTON ABRAMSON LLP**

Ronald Abramson (Admitted *Pro Hac Vice*)
David G. Liston (Admitted *Pro Hac Vice*)
Alex G. Patchen (Admitted *Pro Hac Vice*)
Gina K. Kim (Admitted *Pro Hac Vice*)

**CYPRESS LLP**

Robert Muller
Daniel A. Corren

Attorneys for Plaintiff
DILORENZO BIOMEDICAL, LLC

FILER'S ATTESTATION

Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory listed above.

*/s/ Lena Bacani*
Lena Bacani

1